BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMJIT KAUR, HARPREET KAUR, TIRATH SINGH, MANPREET KAUR, NAVTEJ SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>GERARD HEINAUER, USCIS, *et al.*<br><br>    Defendants. | No. 1:11-cv-2057 BAM<br><br>STIPULATION AND ORDER TO DISMISS |

This is an immigration case in which plaintiffs challenged the delay in adjudication of their applications to adjust status to that of lawful permanent resident by defendant United States Citizenship and Immigration Services. The applications are now in the process of being adjudicated. Accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: February 14, 2012

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                       By:    /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

                     By:    /s/ Anna Benvenue
                              Anna Abenvenue
                              Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that this action is DISMISSED. All dates are VACATED.   The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

Dated:   February 14, 2012            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE